# EXHIBIT B

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

## Portus Singapore Pte Ltd.  v. Control4 Corporation
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Control4 Corporation provides a system for remote access of user premises networks located in respective user premises. For example, Control4 Corporation provides Control4 System (including T3 Series Touch Screens, EA series controllers, smart device (such as smart thermostats, light)) deployed within a home (user premises) and connected to Control4 App services for remote access (remote monitoring/control) of user premises networks located in respective user premises,  Source: https://www.control4.com/ |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | ## DISCOVER THE CONTROL4 DIFFERENCE<br><br>Control4 connects a vast catalog of smart devices, bringing them all into one platform that delivers incredible experiences. Our integrators will personalize your system, automations, and scenes. Replace the many applications you use every day with one interface you can control from your smartphone, touchscreen, on-wall keypads, and more.<br><br><br>Source: https://www.control4.com/ |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
|  | <br><br>**Control4 System User Guide (page 6)**<br>Source:         https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

The image content within the figure:

# Introduction

The Control4 system consists of some basic control devices, plus a large selection of devices you can purchase to enhance your total home-automation experience. These devices are available for Ethernet, WiFi, or ZigBee communications (see the figure below).

The Basic System uses:

- Controllers + System Remote Control
- Touch Screens, MyHome apps, and On-Screen Navigators
- Lighting devices (Dimmers and Switches)
- 2, 3, or 6-Button Keypads
- Audio and video devices

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | Source: https://play.google.com/store/apps/details?id=com.control4.x4 <br><br> **1. Introduction and Scope** <br><br> Control4 Corporation ("Control4") sells hardware products (the "Hardware") and software, either embedded in the Hardware or distributed separately (the "Software" and together with the Hardware, the "Control4 System"). Control4 also owns and operates the websites located at www.control4.com, my.control4.com and other related Control4 web pages (the "Website"), and provides access to certain internet and software application services related to the use and operation of Control4 Systems (the "Services"). <br><br> Source: https://my.control4.com/TermsOfUse.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | <br><br>Source: https://my.control4.com/TermsOfUse.aspx |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | The system includes a first network (Control4 Cloud services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Control4 Cloud server  to manage accounts, device registration, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Control4 app/ the control panel of the Touch Screen)<br><br><br><br>Source: https://www.control4.com/blog/13-reasons-not-to-diy-your-smart-home |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No.<br>8,914,526 | **Control4 Corporation** |
|---|---|
| | <br><br># Control4® T3 Series In-Wall Touch Screens<br><br><br><br>Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/data-sheet/english/revision/A/t3-series-in-wall-touch-screens-data-sheet-rev-a.pdf<br><br> |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | ## Control4® T3 Series 7" Tabletop Touch Screen<br><br>Control4 T3 Series 7" Tabletop Touch Screen (C4-TT7-1-BL, C4-TT7-1-WH, C4-TT7-1-RD)<br><br>The Control4® T3 Series Tabletop Touch Screen delivers always-on, dedicated, and mobile control over all the technology in your home or business. Featuring a gorgeous new tablet design and stunning high-resolution graphics, this portable screen looks beautiful whether on a kitchen countertop or in the theater on your lap. This model includes HD video intercom and crystal-clear audio intercom for convenient communications from room to room or with visitors at the door.<br><br>Source:    https://www.control4.com/docs/product/t3-series-tabletop-touch-screens/data-sheet/english/revision/C/t3-series-tabletop-touch-screens-data-sheet-rev-c.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | ## Control4® T3 Series In-Wall Touch Screens <br><br> **Model numbers** — C4-WALL7-BL, C4-WALL7-WH, C4-WALL10-BL, C4-WALL10-WH <br><br> **Features** <br><br> **Screen** — Resolution: 1280 × 800 <br> Capacitive touch <br> Camera: 720p <br><br> **Network** — Ethernet or WiFi (802.11 g/n [2.4 GHz]) <br> Notes: <br> (1) 802.11b is not supported for Video Intercom. <br> (2) Wireless-N is recommended for Video Intercom. The more devices that Video Intercom is broadcast to, the more response time and images are degraded. <br><br> Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/data-sheet/english/revision/A/t3-series-in-wall-touch-screens-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| |  Figure 6: WiFi—Requires AC Power and WAP<br><br>T3 Series In-Wall Touchscreen Installation Guide<br><br>Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/dealer-installation-guide/english/latest/t3-series-in-wall-touch-screens-installation-guide-rev-g.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | **3.4   Enable Remote Access on Your Devices**<br><br>Use the Control4® Touch Screens, MyHome apps, or On-Screen Navigators to enable Remote Access.<br><br>Copyright © 2012 Control4. All Rights Reserved.<br><br>Saved: 1/20/2012 12:22:00 PM        200-00001_Control4 System User Guide        Page 11 of 153<br><br>**System User Guide**<br><br>**Prerequisites**<br>1.  Enable Remote Access when you register your system. You or your Installer can do this easily.<br>2.  You can use Remote Access with or without a 4Sight account, but you will have more flexibility if you have 4Sight.<br><br>To enable Remote Access:<br>1.  At one of the Touch Screens, MyHome app, or On-Screen Navigators, select **More > Settings**.<br>2.  Select **Remote Access**.<br><br>**Control4 System User Guide (pages 11-12)**<br>Source:        https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | **Why do I need a my.Control4.com Account?**<br><br>Your my.Control4.com Account will allow you to:<br><br>- Easily access and maintain system registration records<br>- Manage my.Control4.com Internet Services<br>- Manage your Remote Access permissions<br>- Access Web Navigator to control your system online<br><br>**What is my Account Name?**<br><br>Each Control4 system owner must designate a unique Account Name.<br><br>It is used to grant access to Internet Services, including correlating the<br><br>Remote Access rights of other my.Control4.com users to a given Control4 system.<br><br>An Account Name will typically correspond to a single residence.<br><br>Source: https://my.control4.com/Help/Account.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | **Access from Anywhere** The Control4 App enables total control of your smart home right from your mobile device. Adjust thermostats, raise the shades, activate door locks, check-in on cameras, and so much more. Where you go, your home goes. Source: https://www.control4.com/solutions/products/control4-app |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (the EA-1 Controller deployed in users' homes),each with embedded processors and network interfaces and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access EA-1 Controller is part of the user premises network and participates in network access under local control and Control4 Cloud server coordination.<br><br><br><br>Control4® EA-1 Controller datasheet<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | <br>**Network**<br><br>Ethernet — 10/100/1000BaseT compatible (required for controller setup)<br>Wireless — Wireless-N (2.4 GHz, 802.11n/g/b)<br>Wireless security — WEP, WPA, and WPA2<br>Wireless antenna — External reverse SMA connector<br>ZigBee Pro — 802.15.4<br>ZigBee antenna — External reverse SMA connector<br>USB port — 1 USB 2.0 port—500mA<br><br>Control4® EA-1 Controller datasheet<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Control4 Cloud server (Control4 app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Control4 app to Access smart device) |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | **Internet Services**<br><br>**Overview**<br><br>Control4® home automation systems have an unmatched array of features and functionality right out of the box. But, that's not all. B⟶ extended through a variety of Internet-based Services.<br><br>**my.control4.com services**<br><br>An assortment of Internet Services are already integrated for free use with every Control4 system.<br><br>**4Sight Subscription Internet Services**<br><br>Control4 offers additional premium Internet services that extend the functionality of a Control4 system and enable anytime, anywhere access to a home. These services are distributed as an affordable bundled subscription through Control4 dealers.<br><br>**Remote Home Monitoring & Control** – Provides homeowners with peace of mind by enabling monitoring and control of devices and systems in the home from anywhere via a common Internet connection.<br><br>**Remote Home Programming & Support** – Enables Control4 dealers to quickly and conveniently assist customers without the expense and hassle associated with the traditional service call. Dealers can remotely connect to a Control4 system via the Internet using Control4's powerful Composer software and perform ongoing system personalization and support as if on site.<br><br>Source: https://my.control4.com/InternetServices.aspx<br><br>Upon authenticated remote access, Control4 Cloud server establishes network communications with the registered Controller over the Internet/home Wi-Fi path to update system, customize system, access services. |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| | **Register Your Controller**<br><br>Your Installer will use the Control4® my.control4.com website to register your Primary Controller (unless you have only one Controller). In systems that have more than one Controller, the main Controller is the 'Primary' Controller; all other Controllers are 'Secondary' Controllers.<br><br>Note: After your system is installed, you'll need to have your Installer create your account first, and then register your system on the Control4 website.<br><br>To register the Controllers:<br>1. Using an Internet browser, go to my.control4.com.<br>2. Log in using the email and password you set up, and then click **Submit**.<br>3. Your Account Profile appears. Click **My Account**.<br>4. Click **Controller Registration**.<br>5. Click **Register Controller**.<br>6. Click **Yes**. A 10-digit code is returned to you. Write this code down, or copy and paste it into a text editor. You'll need this code for the next steps.<br>7. Go to your Touch Screen, MyHome app, or On-Screen Navigator and select **More** > **Settings** > **Registration**.<br><br>**Control4 System User Guide (page 10)**<br>Source: https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | **Control4 Corporation** |
|---|---|
| | The benefits of registering your Control4 system let you and/or your Installer<br><br>• Access your account information.<br>• Access and download media identification and TV or radio channel configurations.<br>• Access information about movies and music.<br>• Download software updates.<br>• Use 4Store.<br><br>You and/or your Dealer or Installer will use the services provided by my.control4.com from time-to-time to<br><br>• Update your system.<br>• Make changes to your system.<br>• Fix problems that may occur.<br>• Customize your system.<br>• Check the licenses that you have.<br>• Access 4Sight (subscription required), Web Navigator, and MyHome apps for remote access services. See "Access 4Sight" for details.<br>• Access 4Store to purchase apps (not supported on devices that use MyHome apps).<br>• Download other applications, for example, Composer HE or Composer ME.<br><br>**Control4 System User Guide (page 9)**<br>Source:  https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and | Control4 app (located on the first network) operates as access-browser functionality to locate and retrieve information from Control4 cloud server and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing to set up devices such as thermostat, light and fan) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the Control4 app acting as an access-browser client to cloud endpoints (with URL selection/input implicit via the app UI). |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 8,914,526 | Control4 Corporation |
|---|---|
| said user premises networks; | <br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements ((Controller connected to thermostat, lights and fans etc.) is accessible (controlled/ monitored) by the first circuitry arrangement (Control4 app)<br><br>Once the system is registered to a user account, Control4 cloud server can remotely access the smart devices for monitoring and control functions through the (Control4 app or web portal).<br><br><br><br>Source: https://www.control4.com/solutions/products/control4-app |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| | |
|---|---|
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | When a user accesses smart devices (via UI selections that cause the client to access service URL/URI endpoints), Control4 cloud server rely on authorization data (account login and device registration) to determine which registered device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>User signs in to Control4 cloud server / Manager website with account credentials; the service uses authorization data (account identity) to determine which registered system) (and thus which user premises network) the user may monitor/control.<br><br>The benefits of registering your Control4 system let you and/or your Installer<br>• Access your account information.<br>• Access and download media identification and TV or radio channel configurations.<br>• Access information about movies and music.<br>• Download software updates.<br>• Use 4Store.<br><br>You and/or your Dealer or Installer will use the services provided by my.control4.com from time-to-time to<br>• Update your system.<br>• Make changes to your system.<br>• Fix problems that may occur.<br>• Customize your system.<br>• Check the licenses that you have.<br>• Access 4Sight (subscription required), Web Navigator, and MyHome apps for remote access services. See "Access 4Sight" for details.<br>• Access 4Store to purchase apps (not supported on devices that use MyHome apps).<br>• Download other applications, for example, Composer HE or Composer ME.<br><br>**Control4 System User Guide (page 9)**<br>Source:        https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | Upon authorized access (e.g., using Control4 app to access smart device, Control4 cloud server establish network communications with the specific registered Controller to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect, Control4 cloud server and the specific user premises network during the access/control transaction. |
|---|---|

Upon remote user interaction (app/portal), Control4 cloud server communicates with the in-premises thermostat via the Controller to:
- send control commands (e.g., change temperature, change mode, update schedules), and
- obtain device status/usage information;



**Personalized Routines — Automated Your Way**

With the Control4 Routines feature, you can create automated actions tailored to your lifestyle. Routines are scenes with schedules, but are even more flexible and interactive, so you can make changes when and where you want. Wake up the way you want with a scheduled Good Morning routine. Make the room as comfortable as the bed by slowly raising the shades open, setting the ideal temperature for your home, turning on the morning news, and activating the bathroom radiant flooring — all without you lifting a finger.

Source: https://www.control4.com/solutions/products/control4-app

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



## One App to Rule Them All

No more swiping from screen to screen to find the app for your doorbell, the one for your music, another for your lights or the TV. With the Control4 App, all of your smart devices live in harmony and work among each other simultaneously. So stop scrolling and let Control4 really connect all of those "connected" devices.

Source: https://www.control4.com/solutions/products/control4-app

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| | |
|---|---|
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br><br><br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| | |
|---|---|
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server (Control4 cloud web server), serves to the user access browser (Control4 app) the information from the second circuitry arrangement of the determined user premises network.<br><br><br><br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the Control4 app/portal as direct, immediate access to thermostat information/controls (i.e., the user experiences the in-premises device as accessible "from anywhere").<br><br><br><br>Source: https://www.control4.com/solutions/products/control4-app |
|---|---|

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| | |
|---|---|
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Remote monitoring/control is performed through the Control4 app or web portal interfaces, which display device state/controls derived from the touch screen and accept user commands based on that displayed information.<br><br><br><br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



**Put it to Use**

Use your phone as a remote when yours is lost somewhere between the couch cushions. Adjust the lights for the movie without getting up to hit the switch. Start that Apple Music playlist out on the patio, then move it into the kitchen. All of this, with just a few taps of your mobile device.

Source: https://www.control4.com/solutions/products/control4-app