# EXHIBIT D

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

## Portus Singapore Pte Ltd. v. Control4 Corporation
## Infringement Chart for U.S. Patent No9,961,097

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| 1. A system for remote access of a user premises comprising: | Control4 Corporation provides a system for remote access of user premises networks located in respective user premises. <br><br> For example, Control4 Corporation provides Control4 System (including T3 Series Touch Screens, EA series controllers, smart device (such as smart light, thermostats)) deployed within a home (user premises) and connected to Carrier Control4 App services for remote access (remote monitoring/control) of user premises networks located in respective user premises, <br><br>  <br><br> Source: https://www.control4.com/ |

Case 2:26-cv-00522   Document 1-4   Filed 06/04/26   PageID.90   Page 3 of 34

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | **DISCOVER THE CONTROL4 DIFFERENCE**<br><br>Control4 connects a vast catalog of smart devices, bringing them all into one platform that delivers incredible experiences. Our integrators will personalize your system, automations, and scenes. Replace the many applications you use every day with one interface you can control from your smartphone, touchscreen, on-wall keypads, and more.<br><br><br>Source: https://www.control4.com/ |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | ## Introduction<br><br>The Control4 system consists of some basic control devices, plus a large selection of devices you can purchase to enhance your total home-automation experience. These devices are available for Ethernet, WiFi, or ZigBee communications (see the figure below).<br><br>The Basic System uses:<br><ul><li>Controllers + System Remote Control</li><li>Touch Screens, MyHome apps, and On-Screen Navigators</li><li>Lighting devices (Dimmers and Switches)</li><li>2, 3, or 6-Button Keypads</li><li>Audio and video devices</li></ul><br><br>**Control4 System User Guide (page 6)**<br>Source:    https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | <br><br>Source: https://play.google.com/store/apps/details?id=com.control4.x4<br><br>**1. Introduction and Scope**<br><br>Control4 Corporation ("Control4") sells hardware products (the "Hardware") and software, either embedded in the Hardware or distributed separately (the "Software" and together with the Hardware, the "Control4 System"). Control4 also owns and operates the websites located at www.control4.com, my.control4.com and other related Control4 web pages (the "Website"), and provides access to certain internet and software application services related to the use and operation of Control4 Systems (the "Services").<br><br>Source: https://my.control4.com/TermsOfUse.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user's phone/tablet (Control4 app) and/or PC web portal; and touch screen control panel when it registers/interacts with Control4 cloud server), a second hardware processing circuitry (Control4 cloud server) located in a first network Control4 cloud server network) <br><br> **7. Remote access** <br><br> It's easy to manage and check in on your home remotely with Control4. After your installation, you'll be able to monitor your home with a Control4 4Sight subscription, and create custom notifications that keep you abreast of your home while you're away—from doorbell push notifications to being able to close your garage door from your desk if you forgot on your way to work that morning. <br><br> In addition, your certified Control4 Smart Home Pro will be able to assess trouble your system may be having from afar and reboot connected devices with OvrC, an industry-leading, cloud-based management system; saving you from needing a service visit for a simple request. <br><br> Source: https://www.control4.com/blog/13-reasons-not-to-diy-your-smart-home |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | **Internet Services**<br><br>**Overview**<br><br>Control4® home automation systems have an unmatched array of features and functionality right out of the box. But, that's not all. B extended through a variety of Internet-based Services.<br><br>**my.control4.com services**<br><br>An assortment of Internet Services are already integrated for free use with every Control4 system.<br><br>**4Sight Subscription Internet Services**<br><br>Control4 offers additional premium Internet services that extend the functionality of a Control4 system and enable anytime, anywhere access to a home. These services are distributed as an affordable bundled subscription through Control4 dealers.<br><br>**Remote Home Monitoring & Control** – Provides homeowners with peace of mind by enabling monitoring and control of devices and systems in the home from anywhere via a common Internet connection.<br><br>**Remote Home Programming & Support** – Enables Control4 dealers to quickly and conveniently assist customers without the expense and hassle associated with the traditional service call. Dealers can remotely connect to a Control4 system via the Internet using Control4's powerful Composer software and perform ongoing system personalization and support as if on site.<br><br>Source: https://my.control4.com/InternetServices.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No.<br>9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/data-sheet/english/revision/A/t3-series-in-wall-touch-screens-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | **Control4® T3 Series In-Wall Touch Screens** <br><br> **Model numbers:** C4-WALL7-BL, C4-WALL7-WH, C4-WALL10-BL, C4-WALL10-WH <br><br> **Features** <br><br> **Screen:** Resolution: 1280 × 800 / Capacitive touch / Camera: 720p <br><br> **Network:** Ethernet or WiFi (802.11 g/n [2.4 GHz]) <br> Notes: <br> (1) 802.11b is not supported for Video Intercom. <br> (2) Wireless-N is recommended for Video Intercom. The more devices that Video Intercom is broadcast to, the more response time and images are degraded. <br><br> Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/data-sheet/english/revision/A/t3-series-in-wall-touch-screens-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>Figure 6: WiFi—Requires AC Power and WAP<br><br>T3 Series In-Wall Touchscreen Installation Guide<br><br>Source: https://docs.control4.com/docs/product/t3-series-in-wall-touch-screens/dealer-installation-guide/english/latest/t3-series-in-wall-touch-screens-installation-guide-rev-g.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No.<br>9,961,097 | Control4 Corporation |
|---|---|
| | **3.4    Enable Remote Access on Your Devices**<br><br>Use the Control4® Touch Screens, MyHome apps, or On-Screen Navigators to enable Remote Access.<br><br>Copyright © 2012 Control4. All Rights Reserved.<br><br>Saved: 1/20/2012 12:22:00 PM        200-00001_Control4 System<br>User Guide        Page 11 of 153<br><br>**System User Guide**<br><br>**Prerequisites**<br>1. Enable Remote Access when you register your system. You or your Installer can do this easily.<br>2. You can use Remote Access with or without a 4Sight account, but you will have more flexibility if you have 4Sight.<br><br>To enable Remote Access:<br>1. At one of the Touch Screens, MyHome app, or On-Screen Navigators, select **More > Settings**.<br>2. Select **Remote Access**.<br><br>**Control4 System User Guide (pages 11-12)**<br>Source:        https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>**Access from Anywhere**<br><br>The Control4 App enables total control of your smart home right from your mobile device. Adjust thermostats, raise the shades, activate door locks, check-in on cameras, and so much more. Where you go, your home goes.<br><br>Source: https://www.control4.com/solutions/products/control4-app |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | The EA-1 Controller acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, the EA-1 Controller connects with Control4 cloud server through Wifi connection, and can connect smart ZigBee devices. EA-1 Controller is a connection gateway between Control4 cloud server and smart ZigBee devices.<br><br><br><br>Control4® EA-1 Controller datasheet |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | <table><tr><td colspan="2">Network</td></tr><tr><td>Ethernet</td><td>10/100/1000BaseT compatible (required for controller setup)</td></tr><tr><td>Wireless</td><td>Wireless-N (2.4 GHz, 802.11n/g/b)</td></tr><tr><td>Wireless security</td><td>WEP, WPA, and WPA2</td></tr><tr><td>Wireless antenna</td><td>External reverse SMA connector</td></tr><tr><td>ZigBee Pro</td><td>802.15.4</td></tr><tr><td>ZigBee antenna</td><td>External reverse SMA connector</td></tr><tr><td>USB port</td><td>1 USB 2.0 port—500mA</td></tr></table><br><br>Control4® EA-1 Controller datasheet<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | ## Introduction |
| | The Control4 system consists of some basic control devices, plus a large selection of devices you can purchase to enhance your total home-automation experience. These devices are available for Ethernet, WiFi, or ZigBee communications (see the figure below). |
| | The Basic System uses: |
| | • Controllers + System Remote Control |
| | • Touch Screens, MyHome apps, and On-Screen Navigators |
| | • Lighting devices (Dimmers and Switches) |
| | • 2, 3, or 6-Button Keypads |
| | • Audio and video devices |
| | |
| | **Control4 System User Guide (page 6)** Source: https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | **ZigBee Pro**<br>Control4 has been utilizing ZigBee Pro for ZigBee RF communications since the release of OS 1.8 in August 2009. With the introduction of OS 2.6.0, you no longer have the ability to upgrade Embernet-based devices, and this will continue to be the case in subsequent releases. If you have Embernet-based ZigBee devices in inventory or taken from another system, they must be installed on an OS 2.5.x system and have their firmware updated to ZigBee Pro prior to being installed on an OS 2.10.0 system.<br><br>Control4 Operating System 2.10.0 Release Notes (page 28)<br><br>Source:  https://docs.control4.com/docs/product/control4-software/dealer-release-notes/english/release/os-2-10-0/control4-software-release-notes-rev-v.pdf |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (Control4 cloud server) is external to the user premises, is accessible via the access browser module (user's phone/tablet (Control4 app); and touch screen control panel), and is configured to communicate on-demand with the connection gateway; |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | <br><br>**House Lights**<br><br>Use the Control4 system **Lighting** icon from the Touch Screens, MyHome apps, or On-Screen Navigators' Home page to control all of the lights in your house.<br><br>**Control4 System User Guide (page 87)**<br><br><br><br>Source:    https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>Source: https://www.control4.com/solutions/products/control4-app |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (EA-1 Controller) communicatively coupled to one or more networked components (thermostats, lights.) through WiFi or ZigBee of the local network of the user premises;<br><br>**Introduction**<br><br>The Control4 system consists of some basic control devices, plus a large selection of devices you can purchase to enhance your total home-automation experience. These devices are available for Ethernet, WiFi, or ZigBee communications (see the figure below).<br><br>The Basic System uses:<br><br>• Controllers + System Remote Control<br>• Touch Screens, MyHome apps, and On-Screen Navigators<br>• Lighting devices (Dimmers and Switches)<br>• 2, 3, or 6-Button Keypads<br>• Audio and video devices<br><br>**Control4 System User Guide (page 6)**<br>Source: https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | <table><tr><td colspan="2">Network</td></tr><tr><td>Ethernet</td><td>10/100/1000BaseT compatible (required for controller setup)</td></tr><tr><td>Wireless</td><td>Wireless-N (2.4 GHz, 802.11n/g/b)</td></tr><tr><td>Wireless security</td><td>WEP, WPA, and WPA2</td></tr><tr><td>Wireless antenna</td><td>External reverse SMA connector</td></tr><tr><td>ZigBee Pro</td><td>802.15.4</td></tr><tr><td>ZigBee antenna</td><td>External reverse SMA connector</td></tr><tr><td>USB port</td><td>1 USB 2.0 port—500mA</td></tr></table><br>Control4® EA-1 Controller datasheet<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more | The system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the Control4 app acting as an access-browser client to server endpoints (with URL selection/input implicit via the app UI). |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | **Why do I need a my.Control4.com Account?**<br><br>Your my.Control4.com Account will allow you to:<br><br>• Easily access and maintain system registration records<br>• Manage my.Control4.com Internet Services<br>• Manage your Remote Access permissions<br>• Access Web Navigator to control your system online<br><br>**What is my Account Name?**<br><br>Each Control4 system owner must designate a unique Account Name.<br><br>It is used to grant access to Internet Services, including correlating the<br><br>Remote Access rights of other my.Control4.com users to a given Control4 system.<br><br>An Account Name will typically correspond to a single residence.<br><br>Source: https://my.control4.com/Help/Account.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | Begins a sequence in which the second hardware processing circuitry(Control4 cloud server)   responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Control4 cloud server)  and the at least one networked component (thermostats or light ) of the local network.<br><br><br><br>Source: https://www.control4.com/solutions/products/control4-app |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | <br><br>**One App to Rule Them All**<br><br>No more swiping from screen to screen to find the app for your doorbell, the one for your music, another for your lights or the TV. With the Control4 App, all of your smart devices live in harmony and work among each other simultaneously. So stop scrolling and let Control4 really connect all of those "connected" devices.<br><br>Source: https://www.control4.com/solutions/products/control4-app |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Account data) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a system is registered to a user account, Control4 cloud server can remotely access the system for monitoring and control functions through the Control4 app or web portal. |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | **Why do I need a my.Control4.com Account?**<br><br>Your my.Control4.com Account will allow you to:<br><br>• Easily access and maintain system registration records<br>• Manage my.Control4.com Internet Services<br>• Manage your Remote Access permissions<br>• Access Web Navigator to control your system online<br><br>**What is my Account Name?**<br><br>Each Control4 system owner must designate a unique Account Name.<br><br>It is used to grant access to Internet Services, including correlating the<br><br>Remote Access rights of other my.Control4.com users to a given Control4 system.<br><br>An Account Name will typically correspond to a single residence.<br><br>Source: https://my.control4.com/Help/Account.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | **Register Your Controller** Your Installer will use the Control4® my.control4.com website to register your Primary Controller (unless you have only one Controller). In systems that have more than one Controller, the main Controller is the 'Primary' Controller; all other Controllers are 'Secondary' Controllers. Note: After your system is installed, you'll need to have your Installer create your account first, and then register your system on the Control4 website. To register the Controllers: 1. Using an Internet browser, go to my.control4.com. 2. Log in using the email and password you set up, and then click **Submit**. 3. Your Account Profile appears. Click **My Account**. 4. Click **Controller Registration**. 5. Click **Register Controller**. 6. Click **Yes**. A 10-digit code is returned to you. Write this code down, or copy and paste it into a text editor. You'll need this code for the next steps. 7. Go to your Touch Screen, MyHome app, or On-Screen Navigator and select **More** > **Settings** > **Registration**. <br><br> **Control4 System User Guide (page 10)** <br> Source: https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | The benefits of registering your Control4 system let you and/or your Installer<br>• Access your account information.<br>• Access and download media identification and TV or radio channel configurations.<br>• Access information about movies and music.<br>• Download software updates.<br>• Use 4Store.<br><br>You and/or your Dealer or Installer will use the services provided by my.control4.com from time-to-time to<br>• Update your system.<br>• Make changes to your system.<br>• Fix problems that may occur.<br>• Customize your system.<br>• Check the licenses that you have.<br>• Access 4Sight (subscription required), Web Navigator, and MyHome apps for remote access services. See "Access 4Sight" for details.<br>• Access 4Store to purchase apps (not supported on devices that use MyHome apps).<br>• Download other applications, for example, Composer HE or Composer ME.<br><br>**Control4 System User Guide (page 9)**<br>Source:         https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |
| [1G] the user premises is one of a plurality of user premises;<br>the connection gateway is one of a plurality of connection gateways, | The user premises is one of a plurality of user premises (the Control4 cloud server can control several systems with different accounts), each system is in a user premise.<br>The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a EA-1 Controller), and to each of which the second hardware processing circuitry (Control4 cloud server) is configured to connect. |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | <br><br>Control4® EA-1 Controller datasheet<br><br>Source: https://docs.control4.com/docs/product/ea-1/data-sheet/english/revision/A/ea-1-data-sheet-rev-a.pdf |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| | <br><br>**House Lights**<br>Use the Control4 system **Lighting** icon from the Touch Screens, MyHome apps, or On-Screen Navigators' Home page to control all of the lights in your house.<br><br>**Control4 System User Guide (page 87)**<br><br><br><br>Source:       https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the | The sequence further includes the second hardware (Control4 cloud server) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the system registered to user account can be accessed) |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| authentication data indicates authority to access, | **3. Eligibility and Registration**<br><br>You may subscribe to the Services only if you have the legal capacity to form a binding contract with Control4. In particular, if you are under eighteen (18) years of age, you may not register to use the Services, and must have someone in your household who is at least eighteen (18) years of age register to use the Services. You may not use the Services if Control4 has previously prohibited you from use of the Website and/or the Services.<br><br>You are required to register your Control4 System in order to use the Services. Use of the Services requires that your Control4 System be connected to an always-on, broadband Internet connection. During the registration process you may be asked to provide certain information (the "User Information") to Control4 such as: (a) your full name; (b) your mailing address; and (c) your e-mail address. You agree to provide accurate and complete User Information during the registration process. User Information shall also include any data collected by Control4 from time to time on the installation, settings and use of your Control4 System, including information obtained for use in data analytics or software development and maintenance services. Control4 respects the privacy of your User Information and will treat User Information in accordance with the Privacy Policy. You have the right to update your User Information, or if you would like to withdraw your consent to the collection, storage and use of your User Information, you may immediately cancel your use of the Services at any time as provided in Section 10 below.<br><br>Source: https://my.control4.com/TermsOfUse.aspx |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| | The benefits of registering your Control4 system let you and/or your Installer<br> • Access your account information.<br> • Access and download media identification and TV or radio channel configurations.<br> • Access information about movies and music.<br> • Download software updates.<br> • Use 4Store.<br><br>You and/or your Dealer or Installer will use the services provided by my.control4.com from time-to-time to<br> • Update your system.<br> • Make changes to your system.<br> • Fix problems that may occur.<br> • Customize your system.<br> • Check the licenses that you have.<br> • Access 4Sight (subscription required), Web Navigator, and MyHome apps for remote access services. See "Access 4Sight" for details.<br> • Access 4Store to purchase apps (not supported on devices that use MyHome apps).<br> • Download other applications, for example, Composer HE or Composer ME.<br><br>**Control4 System User Guide (page 9)**<br>Source: https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data,<br><br>The device of the registered system to user account can be controlled means after registered, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| indicates authority to access upon verification of the authentication data, and | The benefits of registering your Control4 system let you and/or your Installer<br><br>• Access your account information.<br>• Access and download media identification and TV or radio channel configurations.<br>• Access information about movies and music.<br>• Download software updates.<br>• Use 4Store.<br><br>You and/or your Dealer or Installer will use the services provided by my.control4.com from time-to-time to<br><br>• Update your system.<br>• Make changes to your system.<br>• Fix problems that may occur.<br>• Customize your system.<br>• Check the licenses that you have.<br>• Access 4Sight (subscription required), Web Navigator, and MyHome apps for remote access services. See "Access 4Sight" for details.<br>• Access 4Store to purchase apps (not supported on devices that use MyHome apps).<br>• Download other applications, for example, Composer HE or Composer ME.<br><br>**Control4 System User Guide (page 9)**<br>Source:        https://docs.control4.com/docs/product/control4-system/user-guide/english/revision/L/control4-system-user-guide-rev-l.pdf |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first | The second hardware processing circuitry receives, via the connection gateway, selected information  from at least one of the networked components (smart thermostats, lights ) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitoring ) by a user associated with the user premises, without requiring the user to provide the authentication data |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | **Control4 Corporation** |
|---|---|
| network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | <br><br>Source: https://apps.apple.com/us/app/control4/id6618112371 |

Confidential – Attorney-Client Communication
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| U.S. Patent No. 9,961,097 | Control4 Corporation |
|---|---|
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module. | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (Media) in the first network via the access browser module (Control4 app)<br><br><br><br>**Your Media at a Glance**<br><br>Enjoy your favorite streaming services at the tip of your fingers. Start a Media session in one room and then add it to more rooms or queue up a different session in another space. Whether you're playing the same thing throughout the house or everyone is playing their own favorites in their own rooms, you can easily see and control what is playing and where.<br><br>)<br>Source: https://www.control4.com/solutions/products/control4-app |